UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL FORSYTH,

        Plaintiff,

-vs-

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

CASE NO. 07-CV-14717

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

MICHAEL HLUCHANIUK
UNITED STATES MAGISTRATE JUDGE

# ORDER
## (1) ADOPTING THE MAGISTRATE JUDGE'S MAY 15, 2008 REPORT AND RECOMMENDATION; AND (2) GRANTING PLAINTIFF'S MOTION TO DISMISS THE INSTANT CASE WITHOUT PREJUDICE

Before the Court is the Magistrate Judge's May 15, 2008 Report and Recommendation granting Plaintiff's Motion to Withdraw Complaint and Dismiss Case Without Prejudice. Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

(1)    **ADOPTS** the Magistrate Judge's Report & Recommendation (Doc. No. 7); and

(2)    **GRANTS** Plaintiff's motion to dismiss the instant case without prejudice (Doc. No. 6).

**SO ORDERED.**

                          S/Paul D. Borman
                          PAUL D. BORMAN
                          UNITED STATES DISTRICT JUDGE

Dated: May 29, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 29, 2008.

                                                S/Denise Goodine
                                                Case Manager